IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02684-MEH

ANGELA WHITFORD, on behalf of herself and all other similarly situated persons,

    Plaintiff,

v.

DPD SUB, INC., and
DPI SUB, INC.,

    Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE
---

    Before the Court is Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed October 30, 2014; docket # 5]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 31st day of October, 2014.

                                  BY THE COURT:

                                  *Michael E. Hegarty*

                                  Michael E. Hegarty
                                  United States Magistrate Judge